IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| JAMES GOCEL, | ) | |
|     Plaintiff, | ) ) ) | |
| v. | ) ) | CV 621-045 |
| EAST GEORGIA REGIONAL MEDICAL CENTER, LLC, | ) ) ) | |
|     Defendant. | ) | |

_____

**O R D E R**
_____

The February 16, 2022 revised scheduling order directed the parties to file a Status Report by April 19, 2022, concerning the opportunity to engage in mediation prior to summary judgment motions. (Doc. no. 17.) The deadline for the parties to file the Status Report as set forth in the Court's Scheduling Order has passed, however, no Status Report has been filed. Accordingly, the Court **ORDERS** the parties to file a Joint Status Report in accordance with the Court's February 16th Order on or before <u>Monday, April 25, 2022</u>.[1]

SO ORDERED this 20th day of April, 2022, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Joint Status Report can be found on the Court's website under Forms, Judge Epps Instructions and Forms, Civil, Joint Status Report Form - for Judge Hall / Judge Epps.