IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| JAMES GOCEL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 621-045 |
| | * | |
| EAST GEORGIA REGIONAL MEDICAL | * | |
| CENTER, LLC, | * | |
| | * | |
| Defendant. | * | |
| | * | |

## ORDER AND NOTICE OF PRETRIAL PROCEEDINGS

The Court finds this case is ready for trial. In preparation for trial, the Court **ORDERS** lead counsel for the Parties to meet and confer, in person, and prepare and file with the Clerk of this Court one consolidated proposed pretrial order. The proposed pretrial order shall be filed **BY 5:00 P.M. ON WEDNESDAY, MAY 29, 2024.** Plaintiff's counsel has the responsibility to initiate compliance herewith.

The form of the proposed pretrial order can be located at the Court's website, www.gasd.uscourts.gov, under "Forms" → "Civil Forms" → "Consolidated Pretrial Order - Judges Hall, Bowen & Moore." A Party's failure to comply with the requirements of this Order may result in dismissal of the complaint or other appropriate sanctions. The Court will reject any proposed pretrial order

prepared only from telephone conversations. The proposed pretrial order must include a paragraph stating the date, location, and duration of the meeting and the names of all counsel or Parties participating. Unconsolidated proposed pretrial orders will not be accepted without the Court's written permission.

The Parties must submit all unresolved evidentiary objections and motions in limine **BY 5:00 P.M. ON FRIDAY, JUNE 28, 2024.** Responses thereto must be submitted **BY 5:00 P.M. ON FRIDAY, JULY 12, 2024.** The Clerk has scheduled the pretrial conference for **WEDNESDAY, JULY 24, 2024, AT 10:00 A.M.,** and jury selection and trial is scheduled for **MONDAY, JULY 29, 2024, AT 9:00 A.M.,** all to be held in the First Floor Courtroom of the United States District Court located at 52 North Main Street, Statesboro, Georgia 30458. At the pretrial conference, the Court will take up any pending motions and will approve, disapprove, or direct amendment of the proposed pretrial order. The Parties **MUST** provide to the Court all trial exhibits (in digital format) and an exhibit list at the pretrial conference. Lead counsel for each Party **MUST** attend.

**ORDER ENTERED** at Augusta, Georgia, this 8xh day of March, 2024.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA