**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA STATESBORO DIVISION**

| | | |
|---|---|---|
| JAMES GOCEL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 621-045 |
| | * | |
| EAST GEORGIA REGIONAL MEDICAL CENTER, LLC, | * | |
| | * | |
| Defendant. | * | |

**O R D E R**

Before the Court is Defendant East Georgia Regional Medical Center, LLC's ("EGRMC") notice of settlement. (Doc. 51.) EGRMC represents "the [P]arties have reached a resolution and a [d]ismissal with [p]rejudice will be filed in the near future." (Id. at 1.) Accordingly, the above-captioned case is hereby **STAYED**. The Parties shall finalize the settlement agreement and file a joint stipulation of dismissal within **THIRTY (30) DAYS** of the date of this Order. In the event settlement is not finalized by that date, the Parties shall file a joint status report with the Court updating it on their progress. The status reports shall continue every **THIRTY (30) DAYS** thereafter until this case is dismissed.

**ORDER ENTERED** at Augusta, Georgia, this 4th day of June, 2024.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA